B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District Of California
### Oakland Division

In re WALTER J. NG and MARIBEL NG,     Case No. 11-45175
       Debtor

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidaated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| The Lau Family Partnership<br>P.O. Box 90850<br>Henderson, NV 89009-0850 | Johnny Lau<br>P.O. Box 90850<br>Henderson, NV 89009-0850<br>(916) 933-8288 | Investment | | 3,372,562.03 |
| David Garlow<br>2531 Queen Anne Ave<br>N. Seattle, WA 98109-1820 | David Garlow<br>2531 Queen Anne Ave<br>N. Seattle, WA 98109-1820<br>(206) 285-0497 | Investment | | 1,644,353.83 |
| The Eugene A. Rapp Rev.Tr Dated Feb 24, 2009<br>23950 Mission Blvd<br>Hayward, CA 94544 | Eugene Rapp<br>23950 Mission Blvd<br>Hayward, CA 94544<br>(510) 504-9085 | Investment | | 1,434,063.81 |
| Michael Hossack<br>56 Aspen Meadows Road<br>Du Bois, WY 82513 | Michael Hossack<br>56 Aspen Meadows Road<br>Du Bois, WY 82513<br>(307) 455-3120 | Investment | | 1,346,205.08 |
| IRA Services, Custodian<br>James Wong<br>5923 E. Hampton Street<br>Tuscon, AZ 85712-2310 | James Wong<br>5923 E. Hampton Street<br>Tuscon, AZ 85712-2310<br>(520) 298-0799 | Investment | | 1,330,704.24 |
| Rollin W. Odell<br>13210 N.E. James Way<br>Kingston, WA 98346-9121 | Rollin W. Odell<br>13210 N.E. James Way<br>Kingston, WA 98346-9121<br>(360) 297-9531 | Investment | | 1,070,476.97 |

American LegalNet, Inc.
www.USCourtForms.com

| Name/Address | Contact | Type | Amount |
|---|---|---|---|
| Garbrielle Chung<br>1295 North Ash Street, #118<br>Gilbert, AZ 85233 | Garbrielle Chung<br>1295 North Ash Street, #118<br>Gilbert, AZ 85233<br>(602) 954-0911 | Investment | 810,963.61 |
| George Guidry Revocable Trust<br>260 Riverside Drive<br>Basalt, CO 81621 | George Guidry<br>260 Riverside Drive<br>Basalt, CO 81621<br>(970) 927-3490 | Investment | 756,554.95 |
| Terrell Survivor's Trust Dated March 28, 1996<br>1015 Don Diego Avenue<br>Santa Fe, NM 87505-1626 | Robert Terrell<br>1015 Don Diego Avenue<br>Santa Fe, NM 87505-1626<br>(505) 984-2325 | Investment | 735,096.67 |
| Alfred Coelho<br>1228 Academy Court<br>Las Cruces, NM 88007 | Alfred Coelho<br>1228 Academy Court<br>Las Cruces, NM 88007<br>(760) 413-9180 | Investment | 706,251.29 |
| Terrance Joe Chung<br>3056 NE Alameda Terrace<br>Portland, OR 97212-1630 | Terrance Joe Chung<br>3056 NE Alameda Terrace<br>Portland, OR 97212-1630<br>(503) 288-3819 | Investment | 560,740.60 |
| IRA Services, Custodian<br>Glenn Plymate<br>651 Stinson Street<br>Independence, OR 97351-9605 | Glenn Plymate<br>651 Stinson Street<br>Independence, OR 97351-9605<br>(503) 838-6653 | Investment | 468,110.36 |
| Peter C. Hentzen, PH.D., M.D.<br>7409 Pine Knoll Circle<br>Prospect, KY 40059 | Peter C. Hentzen, PH.D., M.D.<br>7409 Pine Knoll Circle<br>Prospect, KY 40059<br>(502) 228-7115 | Investment | 459,816.77 |
| Elisabeth C. Small Family Trust<br>825 Caughlin Crossing<br>Reno, NV 89519 | Elisabeth C. Small<br>825 Caughlin Crossing<br>Reno, NV 89519<br>(775) 624-6737 | Investment | 453,931.08 |
| Dianne E. Forth<br>12926 200th Avenue SE<br>Monroe, WA 98272 | Dianne E. Forth<br>12926 200th Avenue SE<br>Monroe, WA 98272<br>(360) 805-1604 | Investment | 450,320.57 |
| IRA Services, Custodian<br>Donn R. Bernstein<br>100 West 78th Street<br>New York, NY 10024 | Donn R. Bernstein<br>100 West 78th Street<br>New York, NY 10024 | Investment | 381,203.24 |
| Plymate Family Trust<br>651 Stinson Street<br>Independence, OR 97351-9605 | Glenn Plymate<br>651 Stinson Street<br>Independence, OR 97351-9605<br>(503) 838-6653 | Investment | 365,776.79 |
| IRA Services, Custodian<br>Anita Barnett<br>215 Morris Lance<br>Grants Pass, OR 87501 | Anita Barnett<br>215 Morris Lance<br>Grants Pass, OR 87501<br>(541) 476-3830 | Investment | 349,639.82 |
| Terrell Family Trust Dated March 28, 1996<br>1015 Don Diego Avenue<br>Santa Fe, NM 87501 | Robert Terrell<br>1015 Don Diego Avenue<br>Santa Fe, NM 87501<br>(505) 984-2325 | Investment | 317,375.69 |
| William & Eva M. Morrish<br>639 Prim Street<br>Ashland, OR 97520 | William Morrish<br>639 Prim Street<br>Ashland, OR 97520<br>(541) 552-0249 | Investment | 311,768.00 |

American LegalNet, Inc.<br>www.USCourtForms.com

I, Walter J. Ng, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

X _____  May 11, 2011
Signature of Debtor                 Date
Walter J. Ng

I, Maribel Ng, named as the Joint Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

X _____  May 11, 2011
Signature of Joint Debtor           Date
Maribel Ng

American LegalNet, Inc.
www.USCourtForms.com