1   Dean M. Gloster (State Bar No. 109313)
    Gary M. Kaplan (State Bar No. 155530)
2   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
3   San Francisco, CA  94104
    Telephone:  (415) 954-4400
4   Facsimile:  (415) 954-4480
    Email:  gkaplan@fbm.com
5
    [Proposed] Attorneys for Debtors
6   WALTER J. NG AND MARIBEL NG

7

8                    UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

    In re                                    Case No. 11-45175
12
    WALTER J. NG and                         Chapter 11 Case
13  MARIBEL NG,
                                             Hearing
14                   Debtors.                Date:  May 19, 2011
                                             Time:  11:00 a.m.
15  Tax I.D. No. xxx-xx-8275                 Place: Courtroom 201
                                                    1300 Clay Street
16                                                  Oakland, CA 94612

17
                                             Judge: Hon. Roger Efremsky
18

19       **NOTICE OF HEARING ON DEBTORS' EMERGENCY MOTION FOR
         ORDER PROHIBITING UTILITIES FROM ALTERING, REFUSING OR
20       DISCONTINUING SERVICE, AND ESTABLISHING PROCEDURES FOR
             REQUESTS FOR ADEQUATE ASSURANCE OF PAYMENT**
21

22       **PLEASE TAKE NOTICE THAT** on May 19, 2010 at 11:00 a.m., or as soon thereafter

23  as the matter may be heard in the above-captioned Court, located at Courtroom 201, 1300 Clay

24  Street, Oakland, California, the Court will hold a hearing on the Emergency Motion For An Order

25  Prohibiting Utilities From Altering, Refusing or Discontinuing Service, and Establishing

26  Procedures for Requests for Adequate Assurance of Payment (the "Motion") submitted

27  concurrently by Walter J. Ng and Maribel Ng, the debtors in possession in the above-captioned

28  Chapter 11 case (the "Debtors").

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOT. HRG. DEBTORS' EMERG. MOT. CONT.
UTILITY SERVICE, DETERMIN. ADEQ. ASSUR.

1    The Motion is based on the Motion, the supporting Declaration of Walter J. Ng submitted

2    concurrently, the files and records in this case, and any further evidence or argument that may be

3    presented at or before the hearing on the Motion.

4    **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order On Debtors'

5    Ex Parte Application To Shorten Time For Hearing On Debtors Emergency Motions: (1) For

6    Order Prohibiting Utilities From Altering, Refusing Or Discontinuing Service, And Establishing

7    Procedures For Requests For Adequate Assurance Of Payment; (2) For Order Authorizing

8    Continued Use Of Bank Accounts And For Related Relief; and (3) To Establish Certain Noticing

9    Procedures (a copy of which is being served with this Notice), the Court has adopted the

10   following procedures with respect to the Motion:

11   ❖ Any opposition or other response to the Motion shall either (i) if in written

12   form, be filed and served by email or facsimile on counsel for each of the

13   Debtors (using the contact information indicated in the upper left hand corner

14   of the first page of this Notice) and the Office of the United States Trustee

15   (address: 1301 Clay St. #690N, Oakland, CA 94612; facsimile: 510-637-3220;

16   email: USTPRegion17.OA.ECF@usdoj.gov;) no later than May 18, 2011, or

17   (ii) be presented orally at the hearing on the Motions.

18   ❖ Any reply to such opposition or other response to the Motions shall be

19   presented orally at the hearing.

20   Dated: May 17, 2011                          FARELLA BRAUN + MARTEL LLP

21                                                By:_____/s/_____
                                                        Gary M. Kaplan
22
                                                 [Proposed] Attorneys for Debtors
23                                               WALTER J. NG AND MARIBEL NG

24   26777\2615389.1

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOT. HRG. DEBTORS' EMERG. MOT. CONT.            - 2 -
UTILITY SERVICE, DETERMIN. ADEQ. ASSUR.