Dean M. Gloster (State Bar No. 109313)
Gary M. Kaplan (State Bar No. 155530)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

[Proposed] Attorneys for Debtors
WALTER J. NG AND MARIBEL NG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>WALTER J. NG and<br>MARIBEL NG,<br><br>          Debtors.<br><br>Tax I.D. No. xxx-xx-8275. | Case No. 11-45175 RLE<br><br>Chapter 11 Case<br><br>**PROOF OF SERVICE OF DEBTORS' EMERGENCY MOTION FOR ORDER PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, AND ESTABLISHING PROCEDURES FOR REQUESTS FOR ADEQUATE ASSURANCE OF PAYMENT, ETC.** |

PROOF OF SERVICE

26777\2615000.1

# PROOF OF SERVICE

I, Alison Brown, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On May 17, 2011, I caused to be served a copy of the following document(s):

**Order On Debtors' Ex Parte Application To Shorten Time For Hearing On Debtor's Emergency Motions: (1) For Order Prohibiting Utilities From Altering, Refusing Or Discontinuing Service, And Establishing Procedures For Requests For Adequate Assurance Of Payment; (2) For Order Authorizing Continued Use Of Bank Accounts And For Related Relief; And (3) To Establish Certain Noticing Procedures**

**Notice of Hearing on Debtors' Emergency Motion for Order Prohibiting Utilities From Altering, Refusing Or Discontinuing Service, And Establishing Procedures For Requests For Adequate Assurance Of Payment**

**Debtors' Emergency Motion For Order Prohibiting Utilities From Altering, Refusing Or Discontinuing Service, And Establishing Procedures For Requests For Adequate Assurance Of Payment**

**Declaration Of Walter J. Ng In Support Of Debtors' Emergency Motion For Order Prohibiting Utilities From Altering, Refusing Or Discontinuing Service, And Establishing Procedures For Requests For Adequate Assurance Of Payment**

[X] by transmitting via **E-MAIL** the document(s) listed above to the e-mail address(es) set forth below on this date.

| | |
|---|---|
| Office of the U.S. Trustee/ Oakland<br>Email: USTPRegion17.OA.ECF@usdoj.gov | Terrell Survivor's Trust Dated March 28, 1996<br>Email: bobterrell@comcast.net |
| The Lau Family Partnership<br>Johnny Lau<br>Email: yosemeat@aol.com | Ira Services, Custodian<br>Glenn Plymate<br>Email: gply27@gmail.com |
| Rollin W. Odell<br>Email: rolodell@earthlink.net | Plymate Family Trust<br>Email: gply27@gmail.com |
| AT & T Payment Center<br>Email: FusfCenter@att.com | |

PROOF OF SERVICE - 2 - 26777\2615000.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case: 11-45175  Doc# 19  Filed: 05/17/11  Entered: 05/17/11 19:46:40  Page 2 of 3

☒ by transmitting via **FACSIMILE** the document(s) listed above to the fax number(s) set forth below on this date:

| | |
|---|---|
| The Eugene A. Rapp Rev.Tr. Dated Feb 24, 2009<br>Fax: (510) 582-4921 | Elisabeth C. Small Family Trust<br>Fax: (775) 624-6727 |
| George Guidry Revocable Trust<br>Fax: (970) 927-0129 | William & Eva M. Morrish<br>Fax: (541) 552-0256 |
| Peter C. Hentzen, PH.D., M.D.<br>Fax: (502) 228-6713 | HOA Rossmoor (Third Mutual)<br>Fax: (925) 988-7699 |
| Pacific Gas & Electric / Bankruptcy Unit<br>Fax: (209) 955-7339 | |

☒ by **MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

| | |
|---|---|
| David Garlow<br>2531 Queen Anne Ave<br>N. Seattle, WA 98109-1820 | Terrance Joe Chung<br>3056 NE Alameda Terrace<br>Portland, OR 97212-1630 |
| Michael Hossack<br>56 Aspen Meadows Road<br>Du Bois, WY 82513 | Dianne E. Forth<br>12926 200th Avenue<br>SE. Monroe, WA 98272 |
| Ira Services, Custodian<br>James Wong<br>5923 E. Hampton Street<br>Tuscon, AZ 85712-2310 | Ira Services, Custodian<br>Donn R. Bernstein<br>100 West 78th Street<br>New York, NY 10024 |
| Garbrielle Chung<br>1295 North Ash Street#118<br>Gilbert, AZ 85233 | Ira Services, Custodian<br>Anita Barnett<br>215 Morris Lance<br>Grants Pass, OR 87501 |
| Alfred Coelho<br>1228 Academy Court<br>Las Cruces, NM 88007 | Terrell Family Trust Dated March 28, 1996<br>1015 Don Diego Avenue<br>Santa Fe, NM 87501 |

*Via Express Mail – Overnight Delivery:*
Comcast
P.O. Box 34744
Seattle, WA 98124-1744

I declare under penalty of perjury that the foregoing is true and correct. Executed on May. 17, 11 at San Francisco, California.

*/s/ Alison Brown*
Alison Brown

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE — - 3 - — 26777\2615000.1

Case: 11-45175    Doc# 19    Filed: 05/17/11    Entered: 05/17/11 19:46:40    Page 3 of 3