Dean M. Gloster (State Bar No. 109313)
Gary M. Kaplan (State Bar No. 155530)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

[Proposed] Attorneys for Debtors
WALTER J. NG AND MARIBEL NG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>WALTER J. NG and<br>MARIBEL NG,<br><br>              Debtors.<br><br>Tax I.D. No. xxx-xx-8275 | Case No. 11-45175<br><br>Chapter 11 Case<br><br><u>Hearing</u><br>Date: May 19, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom 201<br>        1300 Clay Street<br>        Oakland, CA 94612<br><br>Judge: Hon. Roger Efremsky |

**DECLARATION OF WALTER J. NG IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING CONTINUED USE OF <u>BANK ACCOUNTS AND FOR RELATED RELIEF</u>**

I, Walter J. Ng, hereby declare as follows:

1. I am one of the debtors in possession in the above-captioned Chapter 11 case, along with my spouse, Maribel Ng (collectively, "we" or the "Debtors"). Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. I make this Declaration in support of the Debtors' Emergency Motion for Order Authorizing Continued Use of Bank Accounts and for Related Relief (the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. W. NG ISO DEBTORS' EMERG. MOT.
CONTINUED USE OF BANK ACCOUNTS, ETC.

Case: 11-45175   Doc# 21   Filed: 05/17/11   Entered: 05/17/11 20:03:33   Page 1 of 5

"Motion").

3. By the Motion, we seek an order of this Court approving our (i) retention of our existing bank accounts, and (ii) continued automatic debiting of certain critical expenses from such accounts, which may include the "stub" portion attributable to the prepetition period, notwithstanding certain provisions of the Bankruptcy Local Rules and United States Trustee Guidelines.

4. On May 12, 2011 (the "Petition Date"), we filed a joint voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the above-captioned Court. We continue to manage and operate our business and property as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee has been appointed in our bankruptcy case.

5. I am 81 years of age, and have been active in the mortgage loan investment and servicing business for several decades, including through Walter Ng Investors, a sole proprietorship, as well as through my interests in other entities, including RE Loans, LLC (an investment vehicle, in which I hold the largest membership interest), LEND, Inc. (a servicing entity, in which I hold 10% of the stock), and RE Reno, LLC (an investment vehicle, of which I am the manager). My co-Debtor Maribel is 82 years of age.

6. Based on, among other things, the downturn in the real estate market, the value of our investments—which constitute our primary assets--has declined dramatically in recent years. At the same time, certain investors in my businesses have commenced or threatened to commence legal action against me (among others) based on losses in their investments.

7. We commenced this case in an effort to, among other things, ensure an orderly process for the resolution and payment of the claims of investors and other creditors.

8. Prior to the Petition Date, we maintained the bank accounts (collectively, the "Bank Accounts") described below.

9. I maintain a personal checking account at Fremont Bank ("Fremont"),

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. W. NG ISO DEBTORS' EMERG. MOT.
CONTINUED USE OF BANK ACCOUNTS, ETC. - 2 -

Case: 11-45175  Doc# 21  Filed: 05/17/11  Entered: 05/17/11 20:03:33  Page 2 of 5

account number xxxxx6068 (the "Fremont Personal Checking Account"), into which are directly deposited both my and Maribel's social security benefits (in the collective amount of $3,217.80 monthly) and my veteran pension benefits (in the amount of $67.00 monthly).

10. I maintain a personal savings account at Fremont, account number xxxx4045 (the "Fremont Savings Account").

11. I maintain a business checking account with respect to Walter Ng Investors at Fremont, account number xxxx6025 (the "Fremont Business Checking Account").[1]

12. We maintain a personal checking account at Provident Credit Union ("Provident"), account number xxxxxx9905 (the "Provident Personal Checking Account").

13. The following amounts are regularly debited automatically from the Fremont Personal Checking Account (collectively, the "Fremont Account Debits"), in approximately the following average monthly amounts:

(a) AT&T (telephone) - $55;

(b) Comcast (expanded cable TV service) - $85;

(c) Family Life Insurance (Medicare "gap" insurance) - $352;

(d) Yalin Li (caretaker for Debtor Maribel) - $2,000;

(e) Paychex (employer tax withholding for Yalin Li) - $88; and

(f) Paychex (payroll processing fee for Yalin Li) - $73.

14. The following amounts are regularly debited automatically from the Provident Personal Checking Account (collectively, the "Provident Account Debits"), in approximately the following average monthly amounts:

(a) Provident Mortgage (home mortgage) - $1,567; and

(b) HOA Rossmoor (homeowner     - $750.
association dues, including waste disposal, water, basic

---

[1] My son Kelly Ng is a co-account holder on each of the Fremont accounts.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. W. NG ISO DEBTORS' EMERG. MOT.
CONTINUED USE OF BANK ACCOUNTS, ETC.   - 3 -

cable TV, building maintenance & insurance, gardening).

15. In addition, the following amounts are regularly debited automatically on my Chase-issued credit card (collectively, the "Chase Account Debits", and with the Fremont Account Debits and Provident Account Debits, the "Bank Debits"), in approximately the following average monthly amounts:

(a) Humana Health Plan (prescription drug premium) - $86; and

(b) Right Source (prescription drug cost not covered by plan) - $300.

16. The Bank Debits include the "stub portion" of the indicated expenses attributable to the period prior to the Petition Date (*i.e.*, from May 1 through May 12, 2011).

17. To avoid disruption in our financial dealings, including uninterrupted payments to those providing critical services to us, it is important that there be no drastic disruption in our financial account dealings. The Motion accordingly seeks our continued use of the Bank Accounts and payment of the Bank Debits (including the "stub" portion attributable to the prepetition period of May 1-12, 2011).

18. We believe that our Chapter 11 operations will be smoother and more orderly, with a minimum amount of disruption, if we are allowed to maintain their Bank Accounts and Bank Debits as described above; *provided, however*, that checks initiated from any of the Bank Accounts prior to the Petition Date which have not been honored as of the Petition Date will not be honored unless authorized by this Court.

19. We have or intend to promptly inform personnel at each of the Banks of the filing of this bankruptcy case, and direct the Banks not to honor any pre-petition checks, unless expressly directed otherwise, based on appropriate authorization from this Court.

20. If we are not permitted to maintain and utilize the existing Bank Accounts and Bank Debits, the resulting harm may include (i) disruption in our ordinary financial affairs, including interruption in payments to those providing critical services to us, and (ii) costs to the estate to close all of the Bank Accounts and open new accounts. For

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. W. NG ISO DEBTORS' EMERG. MOT. CONTINUED USE OF BANK ACCOUNTS, ETC. - 4 -

Case: 11-45175   Doc# 21   Filed: 05/17/11   Entered: 05/17/11 20:03:33   Page 4 of 5

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

example, we currently have agreements and arrangements with vendors, as to which it would be administratively difficult and/or time-consuming to establish new provisions, including (a) payment of our health care, medical insurance and prescription drug expenses; (b) payment of our mortgage, homeowner association and utility service expenses; and (c) payment for administration of our payroll and payroll tax payments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of May, 2011, in Lafayette, California.

/s/
WALTER J. NG

26777\2615092.2