Dean M. Gloster (State Bar No. 109313)
Gary M. Kaplan (State Bar No. 155530)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

[Proposed] Attorneys for Debtors
WALTER J. NG AND MARIBEL NG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>WALTER J. NG and<br>MARIBEL NG,<br><br>             Debtors.<br><br>Tax I.D. No. xxx-xx-8275 | Case No. 11-45175<br><br>Chapter 11 Case<br><br><u>Hearing</u><br>Date: May 19, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom 201<br>       1300 Clay Street<br>       Oakland, CA 94612<br><br>Judge: Hon. Roger Efremsky |

**NOTICE OF HEARING ON DEBTORS' EMERGENCY MOTION
FOR ORDER AUTHORIZING CONTINUED USE OF BANK
<u>ACCOUNTS AND FOR RELATED RELIEF</u>**

**PLEASE TAKE NOTICE THAT** on May 19, 2010 at 11:00 a.m., or as soon thereafter as the matter may be heard in the above-captioned Court, located at Courtroom 201, 1300 Clay Street, Oakland, California, the Court will hold a hearing on the Emergency Motion For Order Authorizing Continued Use Of Bank Accounts And For Related Relief (the "Motion") submitted concurrently by Walter J. Ng and Maribel Ng, the debtors in possession in the above-captioned Chapter 11 case (the "Debtors").

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOT. HRG. ON DEBTORS' EMERG. MOT.
CONTINUED USE OF BANK ACCOUNTS, ETC.

Case: 11-45175    Doc# 22    Filed: 05/17/11    Entered: 05/17/11 20:09:15    Page 1 of 2

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

The Motion is based on the Motion, the supporting Declaration of Walter J. Ng submitted concurrently, the files and records in this case, and any further evidence or argument that may be presented at or before the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order On Debtors' Ex Parte Application To Shorten Time For Hearing On Debtors Emergency Motions: (1) For Order Prohibiting Utilities From Altering, Refusing Or Discontinuing Service, And Establishing Procedures For Requests For Adequate Assurance Of Payment; (2) For Order Authorizing Continued Use Of Bank Accounts And For Related Relief; and (3) To Establish Certain Noticing Procedures (a copy of which is being served with this Notice), the Court has adopted the following procedures with respect to the Motion:

- ❖ Any opposition or other response to the Motion shall either (i) if in written form, be filed and served by email or facsimile on counsel for each of the Debtors (using the contact information indicated in the upper left hand corner of the first page of this Notice) and the Office of the United States Trustee (address: 1301 Clay St. #690N, Oakland, CA 94612; facsimile: 510-637-3220; email: USTPRegion17.OA.ECF@usdoj.gov;) no later than May 18, 2011, or (ii) be presented orally at the hearing on the Motions.
- ❖ Any reply to such opposition or other response to the Motions shall be presented orally at the hearing.

Dated: May 17, 2011　　　　　　　　　FARELLA BRAUN + MARTEL LLP

By: _____/s/_____
　　　　Gary M. Kaplan

[Proposed] Attorneys for Debtors
WALTER J. NG AND MARIBEL NG

26777\2615550.1

NOT. HRG. ON DEBTORS' EMERG. MOT. CONTINUED USE OF BANK ACCOUNTS, ETC.　　- 2 -