Tracy Green (Bar No. 114876)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: tgreen@wendel.com

Attorneys for Trustee
Fred Hjelmeset

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>WALTER J. NG, dba Walter Ng Investors, dba Walter Ng Realty, and MARIBEL NG,<br><br>Debtors. | Case No. 11-45175 RLE<br><br>Chapter 7<br><br>**DECLARATION OF TRACY GREEN OF SECOND SUPPLEMENTAL DISCLOSURE OF CONNECTIONS TO THIS ESTATE** |

I, Tracy Green, declare:

**1.** I am a partner with the law firm of Wendel, Rosen, Black & Dean LLP ("Wendel Rosen"), and I am authorized to practice before this Court. The following facts are within my personal knowledge, and if called to testify, I could competently testify to the matters set forth herein below.

**2.** Prior to reviewing the proofs of claims filed in this case, Wendel Rosen conducted an additional conflicts review of the names of all creditors who filed proofs of claims. Based on that review, Wendel Rosen discloses additional connections to this case. Attached hereto as **Exhibit A** is a list of creditors in this estate who are either past or current clients of Wendel Rosen in matters unrelated to this bankruptcy case. Some of the names on the list attached may be similar to the names of the Wendel Rosen clients, and are disclosed out of an abundance of caution since it can be difficult to ascertain whether the claimants in this case are in fact the same

people as Wendel Rosen once represented. Due to the passage of time between the Wendel Rosen representation, and this case, addresses may have changed; therefore, addresses could not be used to definitively determine if the names of the people who filed claims are actually the same people Wendel Rosen represented. Wendel Rosen has never represented any creditor in connection with this bankruptcy case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed in Oakland, California on September 10, 2013.

*/s/ Tracy Green*
Tracy Green