In re Walter Ng and Maribel Ng: Case No. 11-45175

## 9th Objection to Claims

| Claim # | Claimant / Notice Address | Claim Amount | Basis for Objection | Requested Disposition |
|---|---|---|---|---|
| 547-1 | Charles and Faye Barry, Trustees Barry Family 1990 Trust 4569 Sequoyah Road Oakland, CA 94605-4658 | $18,163.24 | Wrong case | Disallowed |
| 2056-1 | IRA Service Trust Co., Custodian FBO Robert Billings IRA 65 Oxford Court Petaluma, CA 94952 | $95,907.18 | Wrong case | Disallowed |
| 548-1 | Randall M and Geri A Burns Ttees Randall and Geri Burns Family Tr 1091 Manor Road El Sobrante, CA 94803-1335 | $54,192.98 | Wrong case | Disallowed |
| 562-1 | Jim/Elena Carmon Trust 2731 Escallonia Way Chico, CA 95973-7692 | $151,745.75 | Wrong case, No Evidence of Security | Disallowed |
| 556-1 | Rosie Casals 810 Snow Creek Canyon Palm Desert, CA 92211-8993 | $24,046.99 | Wrong case, No Evidence of Basis for Priority | Disallowed |
| 521-1 | Lyle C. Cavin, Jr., Trustee ATF Pension and Profit Sharing 201 Fourth Street, Suite 102 Oakland, CA 94607-4369 | $77,360.71 | Wrong case | Disallowed |
| 522-1 | Lyle C. Cavin Jr., ATF Pen Plan 201 Fourth Street, Suite 102 Oakland, CA 94607-4369 | $3,075.08 | Wrong case | Disallowed |
| 2412-1 | Lyle C. Cavin, Jr. 831 Augusta Drive Moraga, CA 94556-1052 | $47,879.21 | Wrong case | Disallowed |

EXHIBIT A

017527.0001\3272653.1

| Claim # | Claimant / Notice Address | Claim Amount | Basis for Objection | Requested Disposition |
|---|---|---|---|---|
| 2412 | Lyle C. Cavin Jr.<br>201 Fourth Street, Suite 102<br>Oakland, CA 94607-4369 | Duplicate Notice | Wrong case | Disallowed |
| 541-1 | Patricia Mae Cross<br>c/o Rene Connell<br>3 Via Flora Court<br>Chico, CA 95973-0995 | $62,608.07 | Wrong case, No Evidence of Security | Disallowed |
| 514-1 | Pensco Trust Co.<br>FBO Gary Griffith IRA<br>555 Carla Court<br>Mountain View, CA 94040-3731 | $86,131.29 | Wrong case | Disallowed |
| 519-1 | Sarah Jaeschke<br>263 Ohina Place<br>Kihei, HI 96753-8503 | $180,000.00 | Wrong case | Disallowed |
| 519-1 | Sarah Jaeschke<br>1504 Sonoma Ave.<br>Albany, CA 94706 | Duplicate Notice | Wrong case | Disallowed |
| 2361-1 | Sarah Jaeschke<br>23 Nonohe Pl.<br>Paia, HI 96779 | $186,642.30 | Wrong case, No Attachments, No Evidence of Basis for Priority | Disallowed |
| 542-1 | Dennis Jaffe, Trustee<br>Dennis/Paula 2004 Living Trust<br>30 Corte San Fernando<br>Tiburon, CA 94920-2014 | $279,060.18 | Wrong case | Disallowed |
| 530-1 | IRA Services Trust Co., Custodian<br>FBO Carrie Johns<br>20803 Waterford Place<br>Castro Valley, CA 94552-3754 | $115,760.00 | Wrong case | Disallowed |

EXHIBIT A

| Claim # | Claimant/Notice Address | Claim Amount | Basis for Objection | Requested Disposition |
|---|---|---|---|---|
| 531-1 | IRA Services Trust Co., Custodian Bar-K 401k Plan FBO Carrie Johns 20803 Waterford Place Castro Valley, CA 94552-3754 | $324,700.00 | Wrong case, No Evidence of Basis for Priority | Disallowed |
| 2304-1 | Carrie Johns, Trustee, Bar-K 401k 20803 Waterford Place Castro Valley, CA 94552-3754 | $386,618.75 | Wrong case, Duplicate | Disallowed |
| 2589-1 | IRA Services Trust Co., Custodian FBO Carrie Johns 20803 Waterford Place Castro Valley, CA 94552-3754 | $146,242.39 | Wrong case, Duplicate | Disallowed |
| 518-1 | Inge S. Jordan, Trustee Inge S. Jordan 2004 Rev Lv Tr c/o Alternative Tech. 1050 Heinz Ave Berkeley, CA 94710 | $923,165.43 | Wrong case | Disallowed |
| 564-1 | Charles Schwab and Co., Custodian FBO Ruth F. Kass IRA 5930 Chelton Drive Oakland, CA 94611-2425 | $77,551.73 | Wrong case | Disallowed |
| 563-1 | Charles Schwab and Co., Custodian FBO Stephen M. Kass IRA 5930 Chelton Drive Oakland, CA 94611-2425 | $565,497.48 | Wrong case | Disallowed |
| 527-1 | IRA Services Trust Co., Custodian FBO Jane Lam 500 Bridle Court Walnut Creek, CA 94596-6548 | $313,221.93 | Wrong case, No Attachments | Disallowed |

EXHIBIT A

| Claim # | Claimant Notice Address | Claim Amount | Basis for Objection | Requested Disposition |
|---|---|---|---|---|
| 2138-1 | IRA Services Trust Co., Custodian FBO Jane Lam IRA 500 Bridle Court Walnut Creek, CA 94596 | $313,221.93 | Wrong case | Disallowed |
| 526-1 | Lawrence and Jane Lam, Trustees Lawrence and Jane Lam Rev. Tr. 500 Bridle Court Walnut Creek, CA 94596-6548 | $33,559.19 | Wrong case | Disallowed |
| 528-1 | Lawrence and Jane Lam, Trustees Lawrence and Jane Lam Rev. Tr. 500 Bridle Court Walnut Creek, CA 94596-6548 | $84,110.24 | Wrong case, No Attachments | Disallowed |
| 2139-1 | Lawrence and Jane Lam, Trustees Lawrence & Jane Lam Rev. Tr. 500 Bridle Court Walnut Creek, CA 94596 | $33,559.19 | Wrong case | Disallowed |
| 2140-1 | Lawrence and Jane Lam, Trustees Lawrence & Jane Lam Rev. Tr. 500 Bridle Court Walnut Creek, CA 94596 | $84,110.24 | Wrong case | Disallowed |
| 552-1 | Maintenance 2000 PO Box 1824 San Ramon, CA 94583-6824 | $1,783,847.00 | Wrong case, No Attachments | Disallowed |
| 552-1 | Maintenance 2000 PO Box 1631 Tracy, CA 95378 | Duplicate Notice | Wrong case, No Attachments | Disallowed |
| 565-1 | Maintenance 2000 PO Box 1824 San Ramon, CA 94583-6824 | $1,783,847.00 | Wrong case, Duplicate | Disallowed |
| 565-1 | Maintenance 2000 PO Box 1631 Tracy, CA 95378 | Duplicate Notice | Wrong case, Duplicate | Disallowed |

| Claim # | Claimant / Notice Address | Claim Amount | Basis for Objection | Requested Disposition |
|---|---|---|---|---|
| 567-1 | Walter Medeiros<br>5764 Dichondra Place<br>Newark, CA 94560-4853 | $56,931.88 | Wrong case | Disallowed |
| 567-1 | Walter Medeiros<br>PO Box 1631<br>Tracy, CA 95378 | Duplicate Notice | Wrong case | Disallowed |
| 559-1 | Diana L. Obrinsky, Trustee<br>Diana L. Obrinsky Survivor's Tr<br>5960 Ascot Drive<br>Oakland, CA 94611-2705 | $357,563.97 | Wrong case | Disallowed |
| 550-1 | Charles Schwab and Co. Inc.,<br>Custodian<br>FBO Diana Obrinsky-Beneficiary<br>5960 Ascot Drive<br>Oakland, CA 94611-2705 | $973,291.02 | Wrong case | Disallowed |
| 561-1 | Diana L. Obrinsky, Trustee<br>D. Whorton Mrtl Gst Tr 1/27/08<br>5960 Ascot Drive<br>Oakland, CA 94611-2705 | $1,321,842.00 | Wrong case | Disallowed |
| 566-1 | Victoria M. Pereira and<br>Melanie E. Meinert<br>1990 Foxwood Court<br>Tracy, CA 95376 | $112,327.00 | Wrong case | Disallowed |
| 529-1 | Beatrice Pixa Trustee<br>Beatrice Pixa Revocable Trust<br>1505 Siskiyou Drive<br>Walnut Creek, CA 94598-2116 | $685,493.00 | Wrong case, No Evidence of Security | Disallowed |
| 570-1 | Jane Powers<br>1 Lakeside Drive, No. 1603<br>Oakland, CA 94612-4688 | $3,780.48 | Wrong case | Disallowed |

**EXHIBIT A**

| Claim # | Claimant/Notice Address | Claim Amount | Basis for Objection | Requested Disposition |
|---|---|---|---|---|
| 538-1 | Charles and Julia Rock, Trustees<br>Rock Family Living Trust<br>3939 Woodside Court<br>Lafayette, CA 94549-3413 | $628,006.16 | Wrong case | Disallowed |
| 1980-1 | Charles and Julia Rock, Trustees<br>Rock Family Living Trust<br>109 Ardith Drive<br>Orinda, CA 94563 | $628,006.16 | Wrong case, Duplicate, No Attachments | Disallowed |
| 577-1 | Frances (Chi Cha) Russo<br>268 Blue Bonnet Lane No. 111<br>Scotts Valley, CA 95066-4198 | $1,437.90 | Wrong case | Disallowed |
| 578-1 | IRA Services Trust Co., Custodian<br>FBO Frances M. Russo IRA<br>268 Blue Bonnet Lane No. 111<br>Scotts Valley, CA 95066-4198 | $2,354.12 | Wrong case | Disallowed |
| 540-1 | Frances Arue Szura<br>455 Santa Monica<br>San Leandro, CA 94579-1946 | $200,000.00 | Wrong case | Disallowed |
| 539-1 | Alexander H. Talcott<br>4 Gay Street<br>Arlington, MA 02474-1430 | $34,619.65 | Wrong case | Disallowed |
| 560-1 | Mark A. or Lynette M. Totorica<br>8265 Peninsula Drive<br>Kelseyville, CA 95451-9035 | $42,607.84 | Wrong case; No Evidence of Security | Disallowed |
| 572-1 | IRA Services Trust Co., Custodian<br>FBO Frank Verduzco<br>240 Jaunell Road<br>Aptos, CA 95003-4220 | $18,085.23 | Wrong case | Disallowed |
| 571-1 | Frank A. or Grace Ann Verduzco<br>or Janice Watson<br>240 Jaunell Road<br>Aptos, CA 95003-4220 | $345,705.04 | Wrong case | Disallowed |

**EXHIBIT A**

| Claim # | Claimant / Notice Address | Claim Amount | Basis for Objection | Requested Disposition |
|---|---|---|---|---|
| 573-1 | IRA Services Trust Co., Custodian FBO Grace Ann Verduzco IRA 240 Jaunell Road Aptos, CA 95003-4220 | $16,491.81 | Wrong case | Disallowed |
| 575-1 | Connie Marks 15 Manville Ave. Pittsburg, CA 94565-5843 | $45,103.18 | Wrong case | Disallowed |
| 575-1 | Grace Ann Verduzco 240 Jaunell Road Aptos, CA 95003 | Duplicate Notice | Wrong case | Disallowed |
| 576-1 | Connie Marks 15 Manville Ave. Pittsburg, CA 94565-5843 | $68,817.00 | Wrong case | Disallowed |
| 576-1 | Grace Ann Verduzco 240 Jaunell Road Aptos, CA 95003 | Duplicate Notice | Wrong case | Disallowed |
| 553-1 | Jerry Wang 3256 Flemington Court Pleasanton, CA 94588-3522 | $344,047.26 | Wrong case | Disallowed |
| 574-1 | Ruth Weibel 240 Jaunell Road Aptos, CA 95003-4220 | $62,786.22 | Wrong case | Disallowed |
| 532-1 | IRA Services Trust Co., Custodian FBO Karen L. White 706 Ramona Street Palo Alto, CA 94301-2547 | $110,408.08 | Wrong case | Disallowed |
| 584-1 | IRA Services Trust Co., Custodian FBO Karen L. White 706 Ramona Street Palo Alto, CA 94301-2547 | $110,408.08 | Wrong case, Duplicate | Disallowed |

**EXHIBIT A**

| Claim # | Claimant / Notice Address | Claim Amount | Basis for Objection | Requested Disposition |
|---|---|---|---|---|
| 1994-1 | Karen L. White<br>706 Ramona Street<br>Palo Alto, CA 94301 | $110,408.08 | Wrong case, Duplicate | Disallowed |
| 551-1 | Mark I. and Susan White<br>4087 Kelly Rd<br>Vevay, IN 47043-9537 | $27,602.02 | Wrong case | Disallowed |
| 555-1 | Vilma Woodford<br>Rmd Account<br>PO Box 417<br>Arnold, CA 95223-0417 | $21,121.25 | Wrong case, No Evidence of Security | Disallowed |

**EXHIBIT A**

017527.0001\3272653.1

## Proof of Claim — Case 11-45175

### Top Form (Claim 2056-1, Filed 12/05/11)

**B 10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** | **PROOF OF CLAIM**

Name of Debtor: Walter J Ng and Maribel Ng
Case Number: 11-45175

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
IRA Service Trust Company, Custodian FBO Robert Billings IRA

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Robert Billings IRA
65 Oxford Court
Petaluma, CA 94952

Court Claim Number: _____ (If known)

Filed on: _____

Telephone number: (707) 765-9300

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. **Amount of Claim as of Date Case Filed:** $ 95,907.18

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Money Loan and Invested
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 1024

3a. Debtor may have scheduled account as: _____

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $ _____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____
Basis for perfection: _____
Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:** $ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 11-28-11
Signature: R.A. Billings

Case 11-45175    Claim 2056-1    Filed 12/05/11    Desc Main Document    Page 1 of 3

---

### Bottom Form (Claim 547-1, Filed 07/15/11)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** Northern District of California | **PROOF OF CLAIM**

FILED 2011 JUL 15 PM 12:27 U.S. BK. CT. N. DIST. OF CA. OAKLAND, CA.

Name of Debtor: Walter J Ng, Maribel Ng
Case Number: 11-45175

Name of Creditor: Charles and Faye Barry, Trustees

Name and address where notices should be sent:
Charles and Faye Barry, Trustees
Barry Family 1990 Trust
4369 Sequoyah Road
Oakland, CA 94605-4658

Telephone number: 510-635-4623

1. **Amount of Claim as of Date Case Filed:** $18,163.24

Amount of Secured Claim: $18,163.24   Amount Unsecured: $ _____

Date: 7-14-11
Signature: Faye Barry

Case 11-45175    Claim 547-1    Filed 07/15/11    Desc Main Document    Page 1 of 5
65304015325024

---

Case: 11-45175    Doc# 679-1    Filed: 09/27/13    Entered: 09/27/13 13:42:59    Page 9 of 18

# Proof of Claim — Case 11-45175 (Top Form)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT Northern District of California** — **PROOF OF CLAIM**

Name of Debtor: Walter J Ng / Maribel Ng
Case Number: 11-45175

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

FILED 2011 JUL 15 AM [illegible] OAKLAND CA

Name of Creditor: Jim/Elena Carmon Trust

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Jim/Elena Carmon Trust
2731 Escallonia Way
Chico, CA 95973-7692

Court Claim Number: (If known)
Filed on:

Telephone number: 530-334-5144

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. **Amount of Claim as of Date Case Filed:** $151,745.75

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 5.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** SECURED PROMISSORY NOTE
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** R060
   3a. Debtor may have scheduled account as: _____

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $151,745.75  Annual Interest Rate: 8 %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $39,923.39  Basis for perfection: INT DUE 2008-2011

Amount of Secured Claim: $191,439.12   Amount Unsecured: $

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority: $

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim...

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 7/3/11   Signature: /s/ [signature] Carmen Trust
Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

---

Case 11-45175  Claim 562-1  Filed 07/15/11  Desc Main Document  Page 1 of 2
6340402755020

---

# Proof of Claim — Case 11-45175 (Bottom Form)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT Northern District of California** — **PROOF OF CLAIM**

Name of Debtor: Walter J Ng / Maribel Ng
Case Number: 11-45175

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

FILED 2011 JUL 14 U.S. BANKRUPTCY COURT NORTHERN DIST OAKLAND

Name of Creditor: Randall M and Geri A Burns Trees

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Randall M and Geri A Burns Trees
Randall and Geri Burns Family Tr
1091 Manor Road
El Sobrante, CA 94803-1335

Telephone number: 510-222-3543

1. **Amount of Claim as of Date Case Filed:** $54,160.98

2. **Basis for Claim:** Investment

3. **Last four digits of any number by which creditor identifies debtor:** 6060

4. **Secured Claim**
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Property: $ ___  Annual Interest Rate: ___ %

Amount of Secured Claim: $ ___  Amount Unsecured: $ ___

Date: 7/11/11   Signature: /s/ Randall M Burns Jan Burns Family Trust

Case 11-45175  Claim 548-1  Filed 07/14/11  Desc Main Document  Page 1 of 35
6340401140502

FILED
Case: 11-45175  Doc# 679-1  Filed: 09/27/13  Entered: 09/27/13 13:42:59  Page 11 of 18
Case 11-45175  Claim 556-1  Filed 07/15/11  Desc Main Document  Page 1 of 2
65304028861025
Case 11-45175  Claim 521-1  Filed 07/11/11  Desc Main Document  Page 1 of 2
65304015347020

# Claim 556-1

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** Northern District of California

| | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Walter J Ng, Maribel Ng | Case Number: 11-45175 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

FILED 2011 JUL 15 PM 9:48

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Rosie Casals

Name and address where notices should be sent:
Rosie Casals
810 Snow Creek Canyon
Palm Desert, CA 92211-8993

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (if known)

Filed on: July 6, 2011

Telephone number: 760-772-9411

**1. Amount of Claim as of Date Case Filed:** $24,046.99

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Defined Benefit Plan

**3. Last four digits of any number by which creditor identifies debtor:** Acct # CA8015 / Acct # CA8016

3a. Debtor may have scheduled account as: _____

**4. Secured Claim** — Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____  Annual Interest Rate: ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____  Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:** $24,046.99

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: _____  Signature: _____

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

---

# Claim 521-1

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** Northern District of California

| | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Walter J Ng, Maribel Ng | Case Number: 11-45175 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

FILED 2011 JUL 11 PM [illegible]
U.S. BANKRUPTCY COURT
OAKLAND, CA

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Lyle C. Cavin, Jr. Trustee

Name and address where notices should be sent:
Lyle C. Cavin, Jr. Trustee
ATF Pension and Profit Sharing
201 Fourth Street Ste 102
Oakland, CA 94607-4369

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (if known)

Filed on: _____

Telephone number: (510) 444-2501

**1. Amount of Claim as of Date Case Filed:** $77,360.71

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Money invested in real estate fund.

**3. Last four digits of any number by which creditor identifies debtor:** 08CAV00

**4. Secured Claim** — Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Property: $_____  Annual Interest Rate: ____%
Amount of Secured Claim: $_____  Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).**

**Amount entitled to priority:** $_____

Date: 7/6/11
Signature: Lyle Cavin, Trustee

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

Page 1 of 2

015332

# Proof of Claim (Second Filing)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** Northern District of California | **PROOF OF CLAIM**

Name of Debtor: Walter J Ng / Maribel Ng

Case Number: 11-45175

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Lyle C. Cavin Jr.

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: **same** (*If known*)

Name and address where notices should be sent:
Lyle C. Cavin Jr.
831 Augusta Drive
Moraga, CA 94556-1052

Filed on: June 30, 2011

Telephone number: 925-631-0616

Name and address where payment should be sent (if different from above):
Lyle C. Cavin, Jr.
201 Fourth Street, Suite 102
Oakland, CA 94607   (510) 444-2501

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: (510) 444-2501

1. **Amount of Claim as of Date Case Filed:** $ 47,879.21

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

2. **Basis for Claim:** Money invested in realestate fund
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** account: 08CAV01
3a. Debtor may have scheduled account as:
(See instruction #3a on reverse side.)

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $ _____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____ Basis for perfection: _____

Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:** $ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 1/12/ Signature: LYLE C. CAVIN

Case Number: 11-45175

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

Case 11-45175  Claim 2412-1  Filed 01/13/12  Desc Main Document  Page 1 of 2

---

# Proof of Claim (First Filing)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** Northern District of California | **PROOF OF CLAIM**

Name of Debtor: Walter J Ng / Maribel Ng
Case Number: 11-45175

Name of Creditor: Lyle C. Cavin Jr. Aff Pen Plan

Name and address where notices should be sent:
Lyle C. Cavin Jr. Aff Pen Plan
201 Fourth Street, Suite 102
Oakland, CA 94607-4369

Telephone number: (510) 444-2501

1. Amount of Claim as of Date Case Filed: $ 3,075.08

2. Basis for Claim: Money invested in realestate fund.

3. Last four digits of any number by which creditor identifies debtor: CAV025

Date: 7/6/11  Signature: Lyle C. Cavin (TRUSTEE)

Case 11-45175  Claim 522-1  Filed 07/11/11  Desc Main Document  Page 1 of 2
6530401534802

# Proof of Claim (Case 11-45175)

## Claim 1 — Patricia Mae Cross

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT Northern District of California**

| | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Walter J Ng / Maribel Ng | Case Number: 11-45175 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

FILED 2011 JUL 13 AM 9:35 U.S. BANKRUPTCY DIST. OF CA. OAKLAND, CA

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Patricia Mae Cross

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

**Name and address where notices should be sent:**
Patricia Mae Cross
C/O Rene Connell
3 Via Flora Court
Chico, CA 95973-0995

Filed on: _____

Telephone number: 530-345-6820

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check this box if you are the debtor or trustee in this case.

Telephone number: _____

**1. Amount of Claim as of Date Case Filed:** $62,608.07

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:** $_____

**2. Basis for Claim:** Money owed
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 3748

3a. Debtor may have scheduled account as: _____

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate ☐ Motor Vehicle ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate: ____%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $62,608.07 Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 7/11/2011
Signature: Patricia M Cross

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FOR COURT USE ONLY

Case 11-45175 Claim 541-1 Filed 07/13/11 Desc Main Document Page 1 of 2
65304038467022

---

## Claim 2 — Patricia Mae Cross (Pensco Trust)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT Northern District of California**

| | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Walter J Ng / Maribel Ng | Case Number: 11-45175 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

FILED 2011 JUL -8 U.S. BANKRUPTCY COURT NORTHERN DIST. OF CA. OAKLAND, CA

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Pensco Trust Co.

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

**Name and address where notices should be sent:**
Pensco Trust Co.
FBO Gary Griffith IRA
555 Carla Court
Mountain View, CA 94040-3731

Filed on: _____

Telephone number: 650-964-1893

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____

**1. Amount of Claim as of Date Case Filed:** $96,131.29

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 5.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:** $_____

**2. Basis for Claim:** Loans
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 620CB

3a. Debtor may have scheduled account as: _____

**4. Secured Claim** (See instruction #4 on reverse side.)

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate: ____%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

Date: 7/7/11
Signature: _____

FOR COURT USE ONLY

Case 11-45175 Claim 514-1 Filed 07/08/11 Desc Main Document Page 1 of 2
65304013480024

---

Case: 11-45175  Doc# 679-1  Filed: 09/27/13  Entered: 09/27/13 13:42:59  Page 13 of 18

FILED
2012 JAN 26 AM 9:26
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CA
OAKLAND

**B 10 (Official Form 10) (12/11)**

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Walter J Ng and Maribel Ng | Case Number: 11-45175 RLE7 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Sarah Jaeschke

Name and address where notices should be sent:
Sarah Jaeschke
23 Nonohe Pl
Kihei, HI 96753
Telephone number: 808 250 2183  email: saitpz@gmail.com

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: _____
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above):
☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number: _____  email: _____

1. Amount of Claim as of Date Case Filed: $186,642.30

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: money loaned
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 1020
    3a. Debtor may have scheduled account as: Mortgage Fund '08
    3b. Uniform Claim Identifier (optional): _____

4. Secured Claim (See instruction #4)
   Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☐Other
   Value of Property: $_____  Annual Interest Rate ___% ☐Fixed or ☐Variable
   Amount of arrearage and other charges... $_____
   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).
   ☐ Domestic support obligations
   ☐ Wages, salaries, or commissions (up to $11,725*)
   ☐ Contributions to an employee benefit plan
   ☒ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).
   ☐ Taxes or penalties owed to governmental units
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(_).
   Amount entitled to priority: $2600.00

6. Credits. _____

---

---

**& FILED**

2011 JUL 11 AM 9:16
U.S. BANKRUPTCY COURT
OAKLAND, CA

**B10 (Official Form 10) (04/10)**

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Walter J Ng / Maribel Ng | Case Number: 11-45175 |

Name of Creditor: Sarah Jaeschke
Name and address where notices should be sent:
Sarah Jaeschke
263 Ohina Place
Kihei, HI 96753-8503
Telephone number: 808 250 2183

Name and address where payment should be sent (if different from above):
1504 Sonoma Av
Albany, CA 94706

1. Amount of Claim as of Date Case Filed: $180,000

2. Basis for Claim: money loaned
3. Last four digits of any number by which creditor identifies debtor: 1020

4. Secured Claim
   Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☐Other
   Value of Property: $_____  Annual Interest Rate ___%
   Amount of arrearage... Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

Date: 7/8/11
Signature: Sarah Jaeschke
1504 Sonoma Av
Albany, CA 94706

653D4016319020

# Proof of Claim — Walter J Ng / Maribel Ng

**Case Number:** 11-45175

## Claim 530-1 (Filed 07/12/11)

**UNITED STATES BANKRUPTCY COURT** Northern District of California

**Name of Debtor:** Walter J Ng / Maribel Ng

**Name of Creditor:** IRA Services Trust Company, Custodian
Dennis Jaffe, Trustee

**Name and address where notices should be sent:**
IRA Services Trust Company, Custodian
FBO Carrie Johns
20803 Waterford Place
Castro Valley, CA 94552-3754

**Telephone number:** 510-537-1786

**1. Amount of Claim as of Date Case Filed:** $115,760

**2. Basis for Claim:** MORTGAGE / NOTE

**3. Last four digits of any number by which creditor identifies debtor:** 5275

Filed: 2011 JUL 11 AM 10:36
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA
OAKLAND

**Signature:** CARRIE JOHNS — CREDITOR
ATTORNEY OF OFFICE NOT NEEDED BY DEBTOR
NOTES ARE HELD BY DEBTOR

Date: 7-8-11

---

## Claim 542-1 (Filed 07/13/11)

**UNITED STATES BANKRUPTCY COURT** Northern District of California

**Case Number:** 11-45175

**Name of Debtor:** Walter J Ng / Maribel Ng

**Name of Creditor:** Dennis Jaffe, Trustee
Dennis/Paula 2004 Living Trust
30 Corte San Fernando
Tiburon, CA 94920-2014

**Telephone number:** 415-435-4804

**1. Amount of Claim as of Date Case Filed:** $279,060.78

**2. Basis for Claim:** SHARE IN RE LOANS, LLC

FILED
2011 JUL 13 [...] U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA
OAKLAND, CA.

Date: 6/21/11

## Proof of Claim – Claim 2304-1 (top form)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** Northern District of California — **PROOF OF CLAIM**

Name of Debtor: Walter J Ng, Maribel Ng
Case Number: 11-45175

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor: Carrie Johns, Trustee

Name and address where notices should be sent:
Carrie Johns ~~Trustee~~ BIRK 401K
Carrie Johns
20803 Waterford Place
Castro Valley, CA 94552-3754

☐ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: (If known)
Filed on:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. Amount of Claim as of Date Case Filed: $ 3304,618.15

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim.

2. Basis for Claim: 
3. Last four digits of any number by which creditor identifies debtor:
4. Secured Claim
5. Amount of Claim Entitled to Priority
6. Credits:
7. Documents:

Date: 12-28-11    Signature: [signature]

FILED 2011 DEC 30 AM 10: [?]
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA
OAKLAND, CA

Case 11-45175  Claim 2304-1  Filed 12/30/11  Desc Main Document  Page 1 of 2
6530401437909026

---

## Proof of Claim – Claim 531-1 (bottom form)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** Northern District of California — **PROOF OF CLAIM**

Name of Debtor: Walter J Ng, Maribel Ng
Case Number: 11-45175

Name of Creditor: IRA Services Trust Company, Custodian

Name and address where notices should be sent:
~~Bay Area Trust Company Custodian~~ BIRK 401K FBO CARRIE JOHNS
Carrie Johns
FBO Carrie Johns
20803 Waterford Place
Castro Valley, CA 94552-3754

1. Amount of Claim as of Date Case Filed: $ 324,700

2. Basis for Claim: MORTGAGE NOTE
3. Last four digits of any number by which creditor identifies debtor: 8215

5. Amount entitled to priority: $ 324,700

If the documents are not available, please explain: NOTES ARE HELD BY COMPANY BFF-CO

NOTES ARE HELD BY DEBTOR

Date: 7/8/11    Signature: CARRIE JOHNS  [signature]

FILED 10:36 [?]
BANKRUPTCY COURT
NORTHERN DIST OF CA

Case 11-45175  Claim 531-1  Filed 07/12/11  Desc Main Document  Page 1 of 5
6530401438000024

---

# PROOF OF CLAIM (Page 1 of 23)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** Northern District of California | **PROOF OF CLAIM**

Case Number: 11-45175

Name of Debtor: Walter J Ng / Maribel Ng

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Inge S. Jordan, Trustee

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where notices should be sent:
Inge S. Jordan, Trustee
Inge S. Jordan 2004 Lv Tr
~~5462 Mountain Hawk Dr~~
~~Santa Rosa, CA 95409-4464~~
20803 Waterford Place
Castro Valley, CA 94552-3754

Telephone number: 510-982-0620

Name and address where payment should be sent (if different from above):
c/o Alternative Tech
1050 Heinz Ave
Berkeley CA 94710

Telephone number: 510-982-0620

1. **Amount of Claim as of Date Case Filed:** $ 923,165.43

2. **Basis for Claim:** Promissory Note

3. **Last four digits of any number by which creditor identifies debtor:** 0020
   3a. Debtor may have scheduled account as: RE Loans

4. **Secured Claim** — Nature of property or right of setoff: ☒ Real Estate

Date: 7-3-11   Signature: [signed]

Case 11-45175    Claim 518-1    Filed 07/12/11    Desc Main Document    Page 1 of 23
63404027094029

---

# PROOF OF CLAIM (Page 1 of 2)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT** Northern District of California | **PROOF OF CLAIM**

Case Number: 11-45175

Name of Debtor: Walter J Ng / Maribel Ng

Name of Creditor: Carrie Johns, Trustee

Name and address where notices should be sent:
~~For Services PBO Carrie Johns~~
Carrie Johns
~~Carrie Johns Rev Lv Trust~~
~~5462 Mountain Hawk Dr~~
20803 Waterford Place
Castro Valley, CA 94552-3754

1. **Amount of Claim as of Date Case Filed:** $ 140,874.39

4. Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other

Date: 12-28-11   Signature: [signed]

Case 11-45175    Claim 2589-1    Filed 12/30/11    Desc Main Document    Page 1 of 2
63404010607027

# PROOF OF CLAIM (Claim 563-1 and Claim 564-1)

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT Northern District of California**

## Claim 563-1

- **Name of Debtor:** Walter J Ng, Maribel Ng
- **Case Number:** 11-45175
- FILED 2011 JUL 15 AM 10:00

**Name of Creditor:** Charles Schwab and Co, Custodian FBO Stephen M. Kass IRA, 5930 Carlton Drive, Oakland, CA 94611-2425

- **Telephone number:** 510-531-8407
- **1. Amount of Claim as of Date Case Filed:** $565,497.48
- **2. Basis for Claim:** Real Estate Investment
- **3. Last four digits of any number by which creditor identifies debtor:** 9283
- **Date:** 7/12/11
- Signature: Stephen M. Kass

*Case 11-45175 Claim 563-1 Filed 07/15/11 Desc Main Document Page 1 of 2*
*6340401162202 9*

## Claim 564-1

- **Name of Debtor:** Walter J Ng, Maribel Ng
- **Case Number:** 11-45175
- FILED 2011 JUL 15 AM 10:00

**Name of Creditor:** Charles Schwab and Co, Custodian FBO Ruth F. Kass IRA, 5930 Carlton Drive, Oakland, CA 94611-2425

- **Telephone number:** 510-531-8407
- **1. Amount of Claim as of Date Case Filed:** $177,551.73
- **2. Basis for Claim:** Real Estate Investment
- **3. Last four digits of any number by which creditor identifies debtor:** 7482
- **Date:** 7/12/11
- Signature: Ruth F. Kass

*Case 11-45175 Claim 564-1 Filed 07/15/11 Desc Main Document Page 1 of 2*
*63404011621020*

---

Case: 11-45175   Doc# 679-1   Filed: 09/27/13   Entered: 09/27/13 13:42:59   Page 18 of 18